**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SUSAN  WOOLBERT | Chapter 13 |
| Debtor | Bankruptcy No. 18-15706-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __12th__ day of __December__, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANTHONY A FRIGO ESQ
175 STRAFFORD AV
SUITE 1
WAYNE, PA 19087-


Debtor:
SUSAN  WOOLBERT

520 DEERFIELD LANE

NORRISTOWN, PA 19403